IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALCHEM INCORPORATED**, *Plaintiff*, v. **TAYLOR CAGE, *et al.***, *Defendants*. | **Case No. 2:20-cv-03142-JDW** |

### ORDER

**AND NOW**, this 21st day of October, 2021, upon consideration of Defendant North America Nicotine, Inc.'s Renewed Motion For Summary Judgment (ECF No. 95), Defendant Taylor Cage's Motion For Partial Summary Judgment (ECF No. 96), and Plaintiff Alchem USA, Inc.'s Motion For Reconsideration Of This Honorable Court's Order Of August 26, 2021 (ECF No. 101), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. NAN's Renewed Motion For Summary Judgment (ECF No. 95) is **GRANTED**;

2. Summary judgment is **GRANTED** in favor of NAN and **AGAINST** Alchem as to Counts IV, V, and VII (*incorrectly designated as Count VI) of the Amended Complaint;

3. Ms. Cage's Motion For Partial Summary Judgment (ECF No. 96) is **GRANTED**;

4. Summary judgment is **GRANTED** in favor of Ms. Cage and **AGAINST** Alchem as to Counts IV and VII (*incorrectly designated as Count VI) of the Amended Complaint; and

5. Alchem's Motion For Reconsideration Of This Honorable Court's Order Of August 26, 2021 (ECF No. 101) is **DENIED**. On or before October 29, 2021, Alchem shall provide the Clerk of Court with an unredacted version of Exhibit 10 to its Response In Opposition To The Motion For Summary Judgment Filed By North America Nicotine, which may be substituted for the document filed at ECF No. 98-14.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.